IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MEGAN TOWN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1233-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

James Dodge
Juliana E. Coons
The Dodge Law Firm
825 N. E. 20th Avenue, Suite 220
Portland, Oregon  97232

      Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Daphne Banay
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby AFFIRMED.

    Dated this   15th   day of April, 2008.

                                /s/ Garr M. King
                                Garr M. King
                                United States District Judge